579 A.2d 877

**Bruce SHADLE, Jr., Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1989.

Decided Sept. 20, 1990.

Shelley Stark, Chief–Appellate Div., Office of the Public Defender, Pittsburgh, for petitioner.

Robert Greeny, Chief Counsel, Herman Tartler, Secretary, Pa. Bd. of Probation and Parole, Ernest Preate, Atty. Gen., Harrisburg, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Petition for Review is granted. The order of the Commonwealth Court is affirmed, and counsel is directed to proceed in accordance with *Thornton v. Commonwealth, Pennsylvania Board of Probation and Parole*, 525 Pa. 180, 578 A.2d 1289 (1990).